IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCELLA M. SCHARTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. All medical providers for David Seevers shall provide the requested medical records to Carlos Monzon, counsel for Marcella Scharton.

2. Mr. Monzon shall provide copies of the records to the government.

3. Counsel shall not disclose the medical records to any persons other than for purposes of trial or appeal.

DATED this 22nd day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge