IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3092 |
| V. | ) | |
| MARCELLA M. SCHARTON, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to appoint counsel (filing 158) is denied.

    DATED this 26th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge