IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>MARCERLLA M. SCHARTON<br><br>   Defendant,<br><br> And<br><br>UNION BANK AND TRUST COMPANY,<br><br>   Garnishee. | 4:10CR3092 |

GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, Union Bank and Trust Company, Attn: Compliance & Risk Dept., Jon VanMeter, 3400 Plantation Drive, Lincoln, NE 6851, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on November 5, 2018, stating that at the time of the service of the Writ they had in their possession or under their control property belonging to defendant Marcella M. Scharton, ------------------, Lincoln, NE 68521.

IT IS ORDERED that Garnishee pay over the sum of $4,642.47 from the Defendant's checking account number xxx3879 to the Clerk of the United States District Court to be applied to the defendant's restitution obligation. Payment should be made payable to the Clerk of the United States District Court and should reference case number 4:10CR3092. Payment should be sent to the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102.

IT IS FURTHER ORDERED the Garnishee shall release or otherwise unfreeze all other funds in checking accounts xxx6020, xxx6031, and savings account xxx8112, which have been held pursuant to the Writ of Garnishment.

The Clerk of the Court shall mail a copy of this Order to the Defendant's attorney, Erik W. Fern, the Garnishee, and the U.S. Attorney's Office.

December 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge