IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MARCELLA M. SCHARTON,<br><br>Defendants. | **4:10CR3092**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Erik W. Fern, as counsel of record for Defendant Scharton, (Filing No. 198), is granted.

Dated this 1st day of March, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge