IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELLA M. SCHARTON,<br><br>Defendant, | 4:10CR3092<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against United Parcel Service of America, Inc., Attn: Garnishment Dept., PO Box 283, St. Louis, MO 63166.

IT IS HEREBY ORDERED that the garnishment against United Parcel Service of America, Inc., is released.

DATED this 26th day of March, 2021.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge